# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## **ERRATA**

August 24, 2007

Appeal No. 06-M830

## **IN RE SEAGATE TECHNOLOGY, LLC**

Precedential Opinion

Decided:  August 20, 2007

In the opinion for the court, the following changes have been made:

On page 8, lines 15-16, "Quantum Corp. v. Plus Development Corp., 940 F.2d 642, 643 (Fed. Cir. 1991)" has been replaced with "Quantum Corp. v. Tandon Corp., 940 F.2d 642, 643 (Fed. Cir. 1991)".

On page 21, line 9, "patentee" has been changed to "party".